IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CASE NO. 07MJ528 |
| v. ) | |
| ) | |
| QI ZHI KUANG, ) | |
| ) | |
| Defendant. ) | |

## MOTION TO DISMISS COMPLAINT

The United States, by and through its undersigned counsel, Chuck Rosenberg, United States Attorney for the Eastern District of Virginia, and Jared M. Strauss, Special Assistant United States Attorney, hereby moves to dismiss its complaint in the above referenced matter.

Respectfully submitted,

Chuck Rosenberg
United States Attorney

By: _____/s/_____
Jared M. Strauss
Attorney for the United States of America
United States Attorney's Office
Justin W. Williams U.S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
Phone: 703-299-3700
Fax: 703-299-3980
Email Address: jared.strauss2@usdoj.gov

SO ORDERED: _____
UNITED STATES DISTRICT JUDGE
DATE: 7/6/07